UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE, LLC,; and DOES 1 through 75, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00690-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)]** |

Plaintiff STATE FARM INSURANCE COMPANY, by and through its counsel of record Gilbert Hernandez, Esq. of the law firm Cozen O'Connor, and Defendant BROAN-NUTONE, LLC, by and through is counsel of record Maximilien D. Fetaz, Esq. of the law firm BROWNSTEIN HYATT FARBER SCHRECK, LLP, hereby agree and stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of

Case No.: 2:23-cv-00690-ART-BNW

1

action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: January 27, 2026

By: /s/ Gilbert Hernandez

Gilbert Hernandez, Esq.
COZEN O'CONNOR
*Attorneys for Plaintiff State Farm Insurance Company*

Dated: January 22, 2026

By: /s/ Maximilien D. Fetaz

Maximilien D. Fetaz, Esq.
Madyson B. Bathke, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
*Attorneys for Defendant Broan-Nutone, LLC*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: March 2, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Case No.: 2:23-cv-00690-ART-BNW

2